1  Mark C. Thomas
   Brownstein Thomas, LLP
2  180 Montgomery Street, Suite 940
   San Francisco, California 90010
3  T: (415) 986-1338
   Attorney for Plaintiff
4  DAMALI CARTER

5  Gabrielle Handler Marks (SBN: 203733)
   SHOOK, HARDY & BACON, LLP
6  One Montgomery, Suite 2700
   San Francisco, California 94104-4505
7  Telephone: (415) 544-1900
   Fax: (415) 391-0281
8  gmarks@shb.com

9  William C. Martucci (Admitted *Pro Hac Vice*)
   Kristen A. Page (Admitted *Pro Hac Vice*)
10 SHOOK, HARDY & BACON, LLP
   2555 Grand Boulevard
11 Kansas City, Missouri 64108
   Telephone: (816) 474-6550
12 Fax: (816) 421-5547
   wmartucci@shb.com
13 kpage@shb.com

14 Attorneys for Defendant
   FOOT LOCKER, INC.
15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18
   DAMALI CARTER, an individual,        )  Case No. C11-02195 PJH
19                                      )
              Plaintiff,                )  **STIPULATION AND [PROPOSED] ORDER**
20                                      )  **TO CONTINUE MEDIATION**
       vs.                              )  **COMPLETION DATE**
21                                      )
   FOOTLOCKER, INC., a New York         )
22 Corporation, and DOES 1-50,          )
                                        )
23            Defendant.                )

24

25

26

27

28

4613410 V1

1  Plaintiff Demali Carter and Defendant Foot Locker, Inc. (collectively the "Parties"), by and
2  through their respective attorneys of record, and hereby respectfully submit this Stipulation and
3  [Proposed] Order to Continue the Mediation Completion Date in connection with the above-
4  captioned action.

5  The Court ordered the Parties to complete Mediation on or before October 31, 2011. The
6  Parties agreed to exchange written discovery and take one deposition per side prior to the mediation.
7  The Parties completed the exchange of written discovery but have not been able to complete the one
8  deposition per side due to the travel schedule of witnesses and counsel. The Parties believe the
9  completion of the depositions is needed to facilitate the mediation. The Parties and the mediator
10 AnnaMary Gannon are available and have agreed to conduct the mediation on January 11, 2012.
11 There have not been any other continuances of the mediation completion date. The Parties believe
12 the requested continuance of the date for completion of the mediation will have no appreciable effect
13 on the schedule of the action (See Local Rule 6-2(a)).

14 ACCORDINGLY, the Parties, by and through their respective counsel of record, with
15 approval of the Mediator, Ms. AnnaMary Gannon, hereby stipulate to a continuance of the mediation
16 and mediation completion date until January 11, 2012.

17 Dated: October 31, 2011                Respectfully submitted by:

                                          FOR PLAINTIFF

                                          /S/ Mark C. Thomas
                                          Mark C. Thomas
                                          Brownstein Thomas, LLP
                                          180 Montgomery Street, Suite 940
                                          San Francisco, California 90010
                                          T: (415) 986-1338

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION
CASE NO: C11-02195 PJH

4613410 V1

FOR DEFENDANT

*/S/ Gabrielle Handler Marks*
Gabrielle Handler Marks (SBN 203733)
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104-2828
Telephone: (415) 544-1900
Fax: (415) 391-0281
gmarks@shb.com

and

William C. Martucci (admitted *pro hac vice*)
Kristen A. Page (admitted *pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
wmartucci@shb.com
kpage@shb.com

1  [~~PROPOSED~~] ORDER

2  Upon review of this Stipulation and [Proposed] Order to Continue Mediation Completion

3  Date and good cause appearing:

4  **IT IS HEREBY ORDERED** that the Mediation Completion Date in the above-reference

5  action is hereby continued to January 11, 2012.

6

7  Dated: _November 7_, 2011    By: _____

8                                  Honorable Phyllis J. Hamilton
                                   Judge, United States District Court



4613410 V1

4

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION
CASE NO: C11-02195 PJH