1  Mark C. Thomas
   Brownstein Thomas, LLP
2  353 Sacramento Street, Suite 1140
   San Francisco, California 94111
3  T: (415) 986-1338
   Attorney for Plaintiff
4  DAMALI CARTER

5  Gabrielle Handler Marks (SBN: 203733)
   SHOOK, HARDY & BACON, LLP
6  One Montgomery, Suite 2700
   San Francisco, California 94104-4505
7  Telephone: (415) 544-1900
   Fax: (415) 391-0281
8  gmarks@shb.com

9  William C. Martucci (Admitted *Pro Hac Vice*)
   Kristen A. Page (Admitted *Pro Hac Vice*)
10 SHOOK, HARDY & BACON, LLP
   2555 Grand Boulevard
11 Kansas City, Missouri 64108
   Telephone: (816) 474-6550
12 Fax: (816) 421-5547
   wmartucci@shb.com
13 kpage@shb.com

14 Attorneys for Defendant
   FOOT LOCKER, INC.

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18

19 DAMALI CARTER, an individual,          ) Case No. C11-02195 YGR
                                          )
20         Plaintiff,                     ) **NOTICE OF SETTLEMENT AND**
                                          ) **[PROPOSED] ORDER VACATING CASE**
21     vs.                                ) **MANAGEMENT CONFERENCE**
                                          )
22 FOOTLOCKER, INC., a New York           ) **JUDGE: HONORABLE YVONNE**
   Corporation, and DOES 1-50,            ) **GONZALEZ ROGERS**
23                                        )
           Defendant.                     )
24 ─────────────────────────────

25

26

27

28
                                          NOTICE OF SETTLEMENT AND [PROPOSED] ORDER VACATING
                                                             CASE MANAGEMENT CONFERENCE
                                                                      CASE NO: C11-02195 YGR

Plaintiff Damali Carter and Defendant Foot Locker, Inc. respectfully provide notice to the Court that they have reached a full settlement of this matter. Accordingly, the parties respectfully request the Case Management Conference, which is scheduled to take place at 2:00 p.m. on February 29, 2012, to be vacated. Once the parties have fully carried out the settlement, they will promptly file a stipulation of dismissal with prejudice.

Dated: February 28, 2012

Respectfully submitted by:

FOR PLAINTIFF

*/S/ Mark C. Thomas*
Mark C. Thomas
Brownstein Thomas, LLP
353 Sacramento Street, Suite 1140
San Francisco, California 94111
T: (415) 986-1338

FOR DEFENDANT

*/S/ Gabrielle Handler Marks*
Gabrielle Handler Marks (SBN 203733)
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104-2828
Telephone: (415) 544-1900
Fax: (415) 391-0281
gmarks@shb.com

and

William C. Martucci (admitted *pro hac vice*)
Kristen A. Page (admitted *pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
wmartucci@shb.com
kpage@shb.com

### [PROPOSED] ORDER

Upon review of this Notice of Settlement and [Proposed] Order to Vacate the Case Management Conference and good cause appearing:

**IT IS HEREBY ORDERED** that the Case Management Conference, which is scheduled to take place at 2:00 p.m. on February 29, 2012, is vacated. A compliance hearing is hereby set for  Friday, April 13, 2012 at 9:01 a.m.   to ensure a stipulation for dismissal has been filed.

Dated:   February 28  , 2012            By: /s/ Yvonne Gonzalez Rogers
                                        Honorable Yvonne Gonzalez Rogers
                                        Judge of the Northern District Court