UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMALI CARTER, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FOOTLOCKER, INC., a New York ) <br> Corporation, and DOES 1-50, ) <br> ) <br> Defendants. ) | Case No. C11-02195 YGR <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Based on the stipulation of the parties and good cause appearing, it is hereby Ordered that this action is **DISMISSED WITH PREJUDICE** and each party will bear its own costs and attorneys' fees.

The compliance hearing set for April 13, 2012 is **CANCELLED**.

This Order Terminates Docket Number 43.

**IT IS SO ORDERED.**

Dated: March 23 , 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**