UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMALI CARTER, an individual, ) | Case No. C11-02195 YGR |
| Plaintiff, ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. ) | |
| FOOTLOCKER, INC., a New York Corporation, and DOES 1-50, ) | |
| Defendants. ) | |

Based on the stipulation of the parties and good cause appearing, it is hereby Ordered that this action is **DISMISSED WITH PREJUDICE** and each party will bear its own costs and attorneys' fees.

The compliance hearing set for April 13, 2012 is **CANCELLED**.

This Order Terminates Docket Number 43.

**IT IS SO ORDERED.**

Dated: March 23, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**